I concur in the affirmance of the summary judgment as to count four of Johnson's complaint and the reversal as to counts two and three.
I respectfully dissent from the affirmance of the summary judgment as to count one of Johnson's complaint, alleging the breach of an implied warranty by Anderson Ford, Inc. ("Anderson"), and Fred Jones Manufacturing Company ("Jones"). The majority holds that, as a matter of law, neither Anderson or Jones was the "seller" of the rebuilt engine at issue in this case. However, I believe Johnson presented substantial evidence creating a genuine issue of material fact as to whether Anderson or Jones was the seller of the engine received by Johnson; I would *Page 231 
reverse the summary judgment as to count one.